FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 OCT 15 PM 5: 36

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

ADELA ORANGE,                    )
                                 )
        Plaintiff,               )
                                 )
    v.                           )        CIVIL ACTION NO.: CV506-015
                                 )
MICHAEL J. ASTRUE,               )
Commissioner of Social Security, )
                                 )
        Defendant.               )

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's recommendation that the decision of the Commissioner be **AFFIRMED**. Plaintiff has filed Objections to the Report and Recommendation, wherein she reasserts her contention that the ALJ who decided against the award of benefits did not have good cause to reject the opinion of Dr. Maramreddy, her treating physician. Plaintiff contends that in rejecting Dr. Maramreddy's opinion, the ALJ simply "repeat[ed] the mantra that 'good cause' exists" to discount the opinion and that more should be required by this Court.

The Report and Recommendation quoted at length the pertinent discussion from the ALJ as to Dr. Maramreddy's opinion. (Doc. No. 34, pp. 5-6). Therein, the ALJ explicitly rejected the doctor's work-related restrictions as inconsistent with the objective medical evidence and with his very own treatment notes. The ALJ simply found no objective evidence, even in Dr. Maramreddy's own records, which would support the work-related restrictions which appeared to have been based wholly on Plaintiff's

subjective reports of pain. This clearly constitutes "good cause" to discredit the opinion. See Lewis v. Callahan, 125 F.3d 1436, 1440 (11th Cir. 1997).

Plaintiff's Objections are without merit. Accordingly, the Report and Recommendation is adopted as the opinion of this Court, and the decision of the Commissioner is hereby **AFFIRMED**.

**SO ORDERED**, this *15th* day of *OCTOBER* , 2007.


WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA